Martha G. Bronitsky, SBN 127583
Chapter 13 Standing Trustee
Leo G. Spanos, SBN 261837, Staff Attorney
Nima Ghazvini, SBN 254758, Staff Attorney
PO Box 5004
Hayward, CA 94540
(510) 266 - 5580
(510) 266 - 5589
13trustee@oak13.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re

Caterina Marie Harris

debtor(s)

Chapter 13 Case No. 19-41406-RLE13

**TRUSTEE'S UNILATERAL PREHEARING STATEMENT FOR TRUSTEE'S MOTION TO DISMISS**

HEARING DATE: January 14, 2020
HEARING TIME: 1:30 pm
LOCATION: Courtroom 201

Nima Ghazvini, Staff Attorney for Martha G Bronitsky, Chapter 13 Trustee contacted Geoffrey Wiggs on 1/7/2020 but telephone conference has not been held due to the following: call not returned. Remaining issues:

1. Motion to Dismiss for Unreasonable Delay: case filed June 2019, plan not confirmed due to outstanding objections to confirmation by the Trustee and Bosco Credit, LLC;

2. Motion to Dismiss for Failure to Comply with General Order 34: proof of post-petition mortgage payments.

Among other issues, Trustee has objected to Debtor's plan due to Debtor's failure to demonstrate feasibility, complete documents and provide additional required documents to the Trustee. Debtor has yet to serve a plan with notice and opportunity to object since the inception of this case. Trustee requests dismissal of this case. Debtor's counsel was sanctioned $100.00 this past October for failure to meet and confer.

OUTSDANDING OBJECTIONS: Chapter 13 Trustee's Objection to Confirmation (Doc. #57); Bosco Credit, LLC's Objection to Confirmation (Doc. #30)

Date: January 07, 2020

/s/ Nima Ghazvini
Signature of Nima Ghazvini
Staff Attorney for Martha G. Bronistky

| In re | |
|---|---|
| Caterina Marie Harris debtor(s) | Chapter 13 Case No. 19-41406-RLE13 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Caterina Marie Harris
1429 Legend Ln
Brentwood,CA 94513

(Debtor(s))

Date: 1/7/2020

Geoffrey Wiggs Atty
1900 S Norfolk St #350
San Mateo,CA 94403

(Counsel for Debtor)

/s/ Melissa Best
Melissa Best